**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOE N. EDWARDS, JR.<br>GERALDINE EDWARDS | )<br>) | Case No. 25-10704<br>Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS**

COMES NOW Mark J. Lazzo ("Counsel") and moves to withdraw as counsel for Debtors in the referenced case (the "Motion"). In support, Counsel states:

1. Debtors' failure to provide Counsel with requested information prevents Counsel from discharging his duties and obligations in this case to the Debtors and the Court.

2. Counsel is unable to continue to represent Debtors for the reasons set forth in KRPC 1.16 (a)(3), (b)(3) and (b)(5).

3. By delivery of a copy of this Motion to Debtors, Counsel hereby notifies the Debtors that they are personally responsible for complying with all Orders of the court and time limitations established by the rules of procedure or by Court Order, and for appearing at all subsequent hearings.

4. Counsel advises Debtors of the following:

a. That Counsel appeared at the scheduled 341 hearing on August 22 at which Debtors did not appear and advised Trustee he would be moving to withdraw and asked for a continuance of the 341 hearing to give Debtors time to find substitute counsel.

b. That Chapter 7 Trustee Patricia Hamilton has requested: (i) copies of Debtors' bank statements on all accounts from 1-1-25 to the filing date of 7-14-25; (ii) VIN No. on 2019 Nissan Altima surrendered pre-filing; and (iii) copy of account statement for Mr. Edwards' 401(k) account.

c. That Trustee continued the 341 hearing to 9-11 at 11:30 a.m.

WHEREFORE, Counsel requests an order permitting him to withdraw as counsel for Debtors in this case.

/s/Mark J. Lazzo
Mark J. Lazzo, #12790
MARK J. LAZZO, P.A.
3500 N. Rock Rd.
Bldg. 300, Suite B
Wichita, Kansas 67226
(316) 263-6895
Attorney for Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically on the 25th day of August, 2025, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF, as set out on the Notice of Electronic Filing as issued by the Court and shall be served on the following by United States mail, First Class, postage prepaid as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas:

Creditor Mailing Matrix

Joe and Geraldine Edwards
9108 E. Funston St., #101
Wichita, KS 67207
dena.afwf@gmail.com

Joe and Geraldine Edwards
PO Box 782011
Wichita, KS 67278

/s/Mark J. Lazzo
Mark J. Lazzo, #12790