FILED
AT WICHITA, KS
JAN 05 2026
CLERK
U.S. Court of Bankruptcy
By________________Deputy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: )
Joe N. Edwards Jr, Debtor )
Geraldine Edwards, Debtor )
Pro se )

Case No. 25-10704
Chapter 7

Pursuant Chapter 11 U.S. Bankruptcy Court Rules For The District of Kansas & U.S. Trustees Program

# MOTION FOR DISMISSAL OF VOLUNTARY CHAPTER 7 BANKRUPTCY PROCEEDINGS WITHOUT PREJUDICE FOR INADEQUATE DATA BY FORMER COUNSEL & THE IGNORING OF THE INADEQUATE DATA AFTER CLEAR WARNING AS TO THE ACCURACY OF SUCH DATA WITHIN THE PETITION BY DEBTORS BEFORE 341 HEARING.

COME NOW Joe N. Edwards Jr & Geraldine Edwards ("Debtors")(Pro se) and move to have "Voluntary Chapter 7 Proceedings" be dismissed without prejudice in the above matter ("Motion"). In support, the Debtors state:

1. Debtors' suffered family loss of their father (father-in-law) and aunt within weeks of one another & making this known to former attorney, the only concern was for any potential assets that could be seized rather than the Debtors' state of duress and emotional distress.
2. Debtors' ask the former attorney if their Chapter 7 bankruptcy could be dismissed due to the circumstances of not knowing how it would impact the adequate filing:
   (a) The need to file may not be necessary.
   (b) The conflict of the estate of the debtors' father and the outside court proceedings involved over the estate. In the "Case Trustee" for the house, there is no

identifiable creditor and the Debtors' reason for the expertise of an attorney.

(c) Due to the fact of another party to a civil suit attempting to claim "Homestead" rights, the reason for the current "Civil" suit happening in another court.

(d) (Bankruptcy Code: Section 544(b) (Section 106(a)) Until the matter in civil court is resolved, another creditor can void any transactions against said property at 9551 E. Mt. Vernon Court, Wichita, Kansas 67207, which is the Debtors' current place of residence which holds "Exemption" rights under Chapter 11 Bankruptcy Code, and the reason the Debtors' did not want to take an oath to an "Inherently Flawed Petition" with inaccuracies, which was made known to the Debtors' former counsel and current "Case Trustee" which no actions were taken to rectify the concerns of said Debtors'. Rather, the trustee scheduled a 341 hearing & ignored the clear warning of "flawed & inadequate" data.

(e) The former attorney's behavior shortly after retaining him as counsel, raised red flags & when questioned Debtors' were threatened with him withdrawing from our case.

(f) The "Oath" required when entering the "341 Hearing" and our desire not to "perjury" ourselves under oath knowing that whatever we said under oath could be and likely would be held against us.

3. The Attorney's conduct led to the Debtors contacting the "Case Trustee", Patricia E. Hamilton to notify her of the conduct and dissatisfaction with our then "counsel" and our wishes to obtain "new counsel." (Telephone & Email)

4. The Trustee stated to the Debtors, if they agreed to the "Motion to Withdraw" we could seek new counsel. The Case trustee stated until Debtors' obtain new counsel, they would act as "Pro se" with Debtors' belief that without counsel, something would have to

be put in its place until Debtors obtain their new counsel.

5. Debtors proceeded to seek new counsel, however, they were advised while seeking counsel, due to the complexity of their circumstances, to have counsel with the legal experience to assist them with probate, civil litigation, & bankruptcy.
6. Locating such counsel would require time, affordability and finding an attorney willing with the expertise.
7. Debtors' explained their circumstances to former counsel as well as the case trustee prior to the 341 hearing, yet was still forced in a position to answer questions the debtors' could not truthful answer due to an "inadequate petition" and a sudden complex financial situation due to the death of the debtors' father. The U.S. Supreme Court has defined the limits of a trustee's power which indirectly reinforces the structure of their role. Case trustees may or may not be an attorney but they are a "professional" that is legally and ethically required to be impartial fiduciaries who act in the best interest of all creditors and "the bankruptcy estate." Failure to act on the concerns of the "Debtors" contradicts these requirements. In re Taylor, 655 I. 3d 274 (3rd Cir.Agreed)(Bankruptcy Rule 9011 requires an attorney for a represented party to sign every paper filed in bankruptcy case…) (Subpart (b) of Rule 9011, as amended in 1997, provides for sanctions not only with respect to documents he presented by filing or later advocating. Courts have relied on this language to hold counsel accountable for inaccuracies and misstatements in schedules. Ethics rule are in accord with Rule 9011…Lawyers can and must take care to assure that representation to the court are accurate. (This is to include the case trustee). To see that the law is followed & justice is done, the Program participates in appeals to enforce the Bankruptcy Code…

8. Debtors' stated their petition was flawed, had errors. The debtors' provided all the requested information to their attorney at the time, therefore, making the attorney's responsibility to get that information to the case trustee. (Emails) The trustee would have needed that information to review prior to the 341 hearing. The hearing scheduled the day before the debtors was to lay their father and father -in-law to rest. (Emails)

9. The "Means Test" and how the attorney qualified the Debtors for the Chapter 7 raised questions with the debtors'. The "Means Test" calculations in Chapter 7 cases…allow under BAPCPA to claim a deduction for the applicable monthly expense amount specified under the National Standard & Local Standards." When questioning their former counsel about this matter, they were met with push back and threats of withdrawal.

   Statutory Basis: If a trustee ignores data suggesting inaccuracies, leading to a flawed petition or action, will likely look to whether the trustee's actions or inactions violated code provisions or established case law. The trustee has a duty to be impartial. Perjury, "an act or an instance of a person's deliberately making materially false or misleading statements while under oath" this applies to all parties in bankruptcy proceedings. Making any statements with use of a knowingly "flawed petition" a petition with inaccuracies would be the debtors in direct legal opposition.

10. The Debtors provided all required documentation requested prior to the attorney's motion to withdraw & request to have their bankruptcy dismissed prior to 341 hearing as allowed, to imply anything otherwise would be a false statement.

11. The Debtors' were forced to make decisions under emotional distress & duress and are now being punished for it with motions that are built on inaccuracies.

Wherefore, the Debtors' pray upon this court to dismiss their Voluntary Chapter 7 Bankruptcy without prejudice. If the court should choose not to, we ask the U.S. Trustee Program for a hearing to review all evidence, motions, filings and circumstances regarding the Debtors' bankruptcy and rights.

Respectfully,

Joe N. Edwards Jr.

Geraldine Edwards 01/05/2026

Debtors', Pro se

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the " The Motion To Dismissal of Voluntary Chapter 7 Bankruptcy" was served by U.S. Mail, first class postage on 05th day of Jan., 2026 to the following parties:

Patrica E. Hamilton, #13263 - Case Trustee
4848 SW 21st Street, Ste. 201
Topeka, Ks 66604
(785) 408-8000

Ilene J. Lashinsky, Trustee
U.S. Trustee Program
Epic Center Building, Region 20
301 North Main Street, Ste. 1150
Wichita, Kansas 67202
(316) 269-6637

[signature]

Joe N. Edwards Jr., Debtor,Pro se

[signature]

Geraldine Edwards, Debtor, Pro se

Ex. -#1

Gmail

D E <dena.afwf@gmail.com>

# 2019 Nissan Altima

1 message

**Kara** <kara@lazzolaw.com> Mon, Jul 21, 2025 at 1:54 PM
To: "dena.afwf@gmail.com" <dena.afwf@gmail.com>

I received a request from the loan provider, American Credit Acceptance on the 2019 Nissan Altima. Our records show the vehicle was repossessed. Did you get the vehicle back? If so, they are requesting the current mileage and proof that the vehicle is insured. Please provide me with the mileage and send me a copy of the declaration page from the insurance which will have the information they are requesting. Thanks


Kara J. Simon

Legal Assistant to Mark J. Lazzo

Legal Assistant to Justin T. Balbierz

3500 N. Rock Road, Bldg 300, Suite B

Wichita, KS 67226

316-263-6895

316-264-4704 (fax)

kara@lazzolaw.com

Gmail

Ex. #2

D E <dena.afwf@gmail.com>

## Joe's Drivers license and social security card

3 messages

**Kara** <kara@lazzolaw.com>
To: "dena.afwf@gmail.com" <dena.afwf@gmail.com>

Mon, Jul 28, 2025 at 5:48 PM

I forgot to ask you about them when you were here. Please forward copies as quickly as possible. Thank you

Provided

Kara J. Simon

Legal Assistant to Mark J. Lazzo

Legal Assistant to Justin T. Balbierz

3500 N. Rock Road, Bldg 300, Suite B

Wichita, KS 67226

316-263-6895

316-264-4704 (fax)

kara@lazzolaw.com

---

**D E** <dena.afwf@gmail.com>
To: Kara <kara@lazzolaw.com>

Sun, Aug 17, 2025 at 8:56 PM

1 Hello Kara,

Joe and I are reaching out to see how we may postpone our bankruptcy. At this point with my dad passing away, I'm not sure what inheritance or anything else may be coming my way. And the same is true for Joe's aunt. So, we believe it would be could to get an extension or just hold off on the filing till we know what is what. This is ALL so unexpected. I just can't believe my dad is gone. He was doing better. So, because we cannot answer honestly at this point. I hope we can just hold off. Without the death certificate, they won't move forward. Please call, to let me know you received our email.

Sincerely,

Joe & Geraldine Edwards

[Quoted text hidden]

---

**Kara** <kara@lazzolaw.com>
To: D E <dena.afwf@gmail.com>

Mon, Aug 18, 2025 at 7:17 AM

2 Please call to schedule a time to visit with Mark.

Kara J. Simon

Legal Assistant to Mark J. Lazzo

Legal Assistant to Justin T. Balbierz

3500 N. Rock Road, Bldg 300, Suite B

Wichita, KS  67226

316-263-6895

316-264-4704 (fax)

kara@lazzolaw.com

[Quoted text hidden]

Stated not sure ... of inheritance 2A
everything had just happened

Gmail

D E <dena.afwf@gmail.com>

## 25-10704 Joe N Edwards, Jr. and Geraldine Edwards - Motion to Compel

**Patricia Hamilton** <phamilton@stevensbrand.com>
To: D E <dena.afwf@gmail.com>
Cc: Kamilah McKnight <kmcknight@stevensbrand.com>, Colleen Smalley <csmalley@stevensbrand.com>

? Mon, Nov 17, 2025 at 1:46 PM ?

Mrs. Edwards,

You and Joe are required to appear at the continued 341 meeting that is set for November 20 at 3:00 pm. However, I have never received the information regarding the the inheritance that you and Joe are entitled to receive (as referenced in Mark Lazzo's Motion to Withdraw). Also, I asked for copies of all bank statements from January 1, 2025, to the date you filed (July 7, 2025). This message is to expand that request to require you to provide bank statements from January 1, 2025 to October 31, 2025.

+ Provided to counsel + as of date of this email she should have consulted him.

We also never received the VIN for the vehicle you said was surrendered before you filed. Either a copy of the registration or an insurance card would have the VIN. We also need a copy of Joe's 401(k) account statement.

Please be advised that if you and/or Joe fail to turn over property of the bankruptcy estate, the Court will either deny or revoke your discharge. That includes any inheritance that you or Joe have or will receive.

Her statement

I understand that you intended to retain counsel but at this point you are still proceeding *pro se* according to the Court record. If you retain counsel, your attorney will file an entry of appearance. The fact that you and Joe do not currently have counsel does not relieve you of your obligation to comply with the Bankruptcy Code and turn over any inheritance or other property that is part of the bankruptcy estate (for instance, bank balances on the Filing Date of your case, non-exempt vehicles, or other assets that you own but are not claimed as exempt).

Please provide the requested information immediately. Thanks,
Patricia Hamilton
Trustee

Patricia E. Hamilton
Best Lawyers
Lawyer of the Year
2025
Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law
Topeka, Kansas

**Patricia E. Hamilton**
phamilton@stevensbrand.com
**STEVENS & BRAND, L.L.P.**
Attorneys at Law
4848 SW 21st Street, Suite 201
Topeka, KS 66604
Mobile (785) 550-5817
Direct (785) 581-0702
Main: (785) 408-8000
Fax: (785) 408-8003
www.stevensbrand.com

CONFIDENTIALITY NOTICE: This message is covered by the Electronic Communications Privacy Act, Title 18, United States Code, §§ 2510-2521. This E-mail, along with any documents, files, or attachments, are copyrighted and are proprietary products of Stevens & Brand L.L.P., and may contain information that is confidential, privileged, subject to the restrictions of the Gramm-Leach-Bliley Act, or otherwise protected from disclosure. Any unauthorized use, reproduction, or transfer of this message or attachments, in any medium, is strictly prohibited. If you are not the intended recipient, you are hereby notified that any disclosure, copying, printing, reading, distribution or use of any information contained in or attached to this E-mail is STRICTLY PROHIBITED. If you received this E-mail in error, please immediately notify the Firm by E-mail and telephone ((785) 843-0811), and destroy the original E-mail and its attachments, without reading, printing, or saving it in any manner. Your cooperation is appreciated. There is no intent on the part of the sender to waive any evidentiary or other common law privilege (including the attorney-client privilege) that may attach to this communication. Thank you.

Ex. #2(b)

Gmail

D E <dena.afwf@gmail.com>

## Recall: Still need Joe's Drivers License and Social Security Cards

1 message

**Kara** <kara@lazzolaw.com>
To: "dena.afwf@gmail.com" <dena.afwf@gmail.com>

Mon, Jul 28, 2025 at 5:47 PM

Kara would like to recall the message, "Still need Joe's Drivers License and Social Security Cards".

Gmail

Time Frame of All

Ex. 3(A)

D E <dena.afwf@gmail.com>

## 25-10704 Please contact our office

3 messages

**Kamilah McKnight** <kmcknight@stevensbrand.com>
To: D E <dena.afwf@gmail.com>
Cc: Colleen Smalley <csmalley@stevensbrand.com>

Mon, Nov 17, 2025 at 11:33 AM

See Aug. 21st email @ 4:20PM

Mr. and Mrs. Edwards,

Please contact our office as soon as possible regarding your case.

Thank you,

Kamilah McKnight

Legal Assistant for

Patricia E. Hamilton,

Chapter 7 Trustee

**Direct Line (785) 408-8000 Ext. 204**

**Fax (785) 408-8003**

**kmcknight@stevensbrand.com**

4848 SW 21st St., Suite 201

Topeka, Kansas 66604

STEVENS & BRAND LLP | 100 Years 1925-2025

**USTP Updates Section 341 Meeting of Creditors Webpage**

CONFIDENTIALITY STATEMENT:

This message from the law firm of Stevens & Brand, L.L.P. contains information which is privileged and confidential and is solely for the use of the intended recipient. If you are not the intended recipient, be aware that any review,

Exhibit #3(-a)

Gmail

D E <dena.afwf@gmail.com>

## Zoom hearing Friday at 9:00

4 messages

**Kara** <kara@lazzolaw.com>
To: D E <dena.afwf@gmail.com>

Thu, Aug 21, 2025 at 8:24 AM

Please confirm you both will be on the Zoom hearing tomorrow at 9:00. I've attached another copy of our letter which has the information. Thank You


Kara J. Simon

Legal Assistant to Mark J. Lazzo

Legal Assistant to Justin T. Balbierz

3500 N. Rock Road, Bldg 300, Suite B

Wichita, KS 67226

316-263-6895

316-264-4704 (fax)

kara@lazzolaw.com


**341 ltr zoom hearing.pdf**
1092K

**D E** <dena.afwf@gmail.com>
To: Kara <kara@lazzolaw.com>

Thu, Aug 21, 2025 at 4:20 PM

Kara,
It was our understanding after our telephone conversation with Mr. Lazzo, that he was withdrawing from our case. We request the hearing for tomorrow be postponed until further discussion with Mr. Lazzo.

Mr. Lazzo hung up the telephone on me and my husband on the Tuesday, August 12, 2025. Our telephone conference. We contacted Mr. Lazzo to discuss best possible options since I lost my father and Joe lost his aunt. Leaving us unsure of our inheritance or other possible outcomes. Outcomes which could effect whether we even need to file bankruptcy. We stressed we did not want to perjury ourselves under oath by answering without true knowledge of our circumstances. We felt based on the answers and Mr. Lazzo's attitude, we were being led to move forward with potential inaccurate information for the trustee.

Mr. Lazzo keeps displaying combative behavior towards us. He fails to listen. He refuses to address our concerns thoroughly and with compassion. It's his way or no way. Even when shown Kansas Bankruptcy laws addressing our concerns, which do not align with his answers.

Case and point, he's now moving forward without any contact with us regarding how things were left. He stated he was withdrawing, so we currently do not feel comfortable with how he is handling our case. ???

Sincerely,

Joe N Edwards Jr

***CONFIDENTIALITY NOTICE*** *This e-mail transmission, including any attachments and/or prior communications, may contain information that is confidential and/or legally privileged. If you are not the intended recipient, disclosing, replicating, distributing or using any of the information contained herein is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete from your records both the transmission and its attachments, if any.*

**From:** Kara <kara@lazzolaw.com>
**Sent:** Thursday, August 21, 2025 4:22 PM
**To:** Mark Lazzo <mark@lazzolaw.com>
**Subject:** FW: Zoom hearing Friday at 9:00

I'll let you respond to them.

Kara J. Simon

Legal Assistant to Mark J. Lazzo

Legal Assistant to Justin T. Balbierz

3500 N. Rock Road, Bldg 300, Suite B

Wichita, KS 67226

316-263-6895

316-264-4704 (fax)

kara@lazzolaw.com

**From:** D E [mailto:dena.afwf@gmail.com]
**Sent:** Thursday, August 21, 2025 4:20 PM
**To:** Kara <kara@lazzolaw.com>
**Subject:** Re: Zoom hearing Friday at 9:00

Kara,

[Quoted text hidden]
[Quoted text hidden]

---

LAZZO LAW EST. 1986

**image001.jpg**
22K

disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this in error, please destroy it immediately and please notify us immediately (785)408-8000.

Inconsistences/ Exhibit (3b)

---

**D E** <dena.afwf@gmail.com> Thu, Nov 20, 2025 at 10:14 AM
To: Kamilah McKnight <kmcknight@stevensbrand.com>

Inadequate Information

Hi Ms. McKnight -

Geraldine & Joe N Edwards Jr. - Case #25-10704.

We are contacting you regarding your email. I left a detailed voice message for you today, November 20, 2025 @ 9:30 this morning explaining our current situation. As I said in my message. I unexpectedly lost my dad on August 3, 2025. And due to unforeseen circumstances surrounding our loss, Joe and I had not had time to seek out a new attorney immediately following this matter.

Because our current situation becoming so complex, we felt it necessary and reasonable to obtain legal counsel. We do not believe it would be in our best interest nor the other parties to attempt this matter Pro se. We feel we cannot adequately answer any question because we do not have all the information necessary to reasonable answer them. Not to mention the emotional duress due to the loss of my dad and our current state of mind.

Joe and I had no idea we would be going down this path. So having legal counsel to protect our decisions moving forward would be in our best interest now as well as for our future. As I mentioned in my voice message, we had to find an attorney for my dad's situation and in doing so we believe we have found legal counsel to assist us in all matters.

Therefore, we are praying for relief by Patricia Hamilton - U.S. Trustee and the U.S. Bankruptcy Court for either more time to obtain legal counsel or to have our case set aside or dismissed and reopened with new legal counsel. We have simply encountered circumstances out of our control. Circumstances which if not handled properly could lead to future complications for us. We know how we answer & the accuracy under oath matters, not to mention the type of bankruptcy filed matters to all parties in this matter.

We appreciate Patricia Hamilton - U.S. Trustee's patients. It is our hope to have an answer after Thanksgiving as to whether we've secured legal counsel. If you should have any questions, we can be reached at (316) 312-5849.

Sincerely,

Geraldine Edwards
Joe N. Edwards Jr.
(316) 312-5849
[Quoted text hidden]

---

**D E** <dena.afwf@gmail.com> Thu, Nov 20, 2025 at 10:19 AM
To: Kamilah McKnight <kmcknight@stevensbrand.com>

Case No. 25-10704
Joe N. Edwards Jr
Geraldine Edwards

Email Confirmation Sent: November 20, 2025 Time: 10:19 a.m.
[Quoted text hidden]

Gmail Rush to claim assets w/o proper procedures D E <dena.afwf@gmail.com>

# FW: 25-10704 Affidavit Ch 7 Joe N Edwards, Jr. and Geraldine Edwards

1 message

**Patricia Hamilton** <phamilton@stevensbrand.com> Thu, Nov 20, 2025 at 4:03 PM
To: "dena.afwf@gmail.com" <dena.afwf@gmail.com>
Cc: Kamilah McKnight <kmcknight@stevensbrand.com>, Colleen Smalley <csmalley@stevensbrand.com>

Provide me with your father's name, his address at the time of his death, and the court in which the probate matter is pending. Send me a copy of your father's will if he had one. Send me a copy of the probate pleadings. Are you the executor of his estate? If not, who is the executor of the probate estate. If you are not the executor, I need the executor's name, address, and phone number.

I need the same information regarding Joe's aunt that you said passed away. That is, I need her name, the date of death, her address at the time she passed away, a copy of her will and the name, address, and phone number for the executor of her probate estate.

I understand you want to obtain counsel for you have had months to do so. Many people proceed in bankruptcy without counsel. With or without counsel, all debtors are required to provide basic information to the trustee. If you fail to turn over property of the estate (that includes information about property of the estate), you may still be liable for the value of the property and as Trustee, I may obtain a judgment against you. Failure to comply with your duties in the case could also result in denial of your discharge. If your discharge is denied for failure to comply with the Court's orders, then you would not be able to discharge the debts in any subsequent bankruptcy. It is a very serious consequence so please provide the requested information immediately.

Patricia Hamilton

Trustee


Patricia E. Hamilton
Best Lawyers Lawyer of the Year 2025
Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law
Topeka, Kansas

**Patricia E. Hamilton**
phamilton@stevensbrand.com
**STEVENS & BRAND, L.L.P.**
Attorneys at Law
4848 SW 21st Street, Suite 201
Topeka, KS 66604
Mobile (785) 550-5817
Direct (785) 581-0702
Main: (785) 408-8000
Fax: (785) 408-8003
www.stevensbrand.com



CONFIDENTIALITY NOTICE: This message is covered by the Electronic Communications Privacy Act, Title 18, United States Code, §§ 2510-2521. This E-mail, along with any documents, files, or attachments, are copyrighted and are proprietary products of Stevens & Brand L.L.P., and may contain information that is confidential, privileged, subject to the restrictions of the Gramm-Leach-Bliley Act, or otherwise protected from disclosure. Any unauthorized use, reproduction, or transfer of this message or attachments, in any medium, is strictly prohibited. If you are not the intended recipient, you are hereby notified that any disclosure, copying, printing, reading, distribution or use of any information contained in or attached to this E-mail is STRICTLY PROHIBITED. If you received this E-mail in error, please immediately notify the Firm by E-mail and telephone ((785) 843-0811), and destroy the original E-mail and its attachments, without reading, printing, or saving it in any manner. Your cooperation is appreciated. There is no

3(c)

# Filing Without an Attorney

Individuals can file bankruptcy without an attorney, which is called filing pro se. However, seeking the advice of a qualified attorney is strongly recommended because bankruptcy has long-term financial and legal outcomes.

Filing Without an Attorney Overview

Understanding Bankruptcy

How to find an attorney

Geraldine Edwards

Exhibit #4

[Quoted text hidden]

---

**Kara** <kara@lazzolaw.com>
To: D E <dena.afwf@gmail.com>
Cc: Mark Lazzo <mark@lazzolaw.com>

Thu, Aug 21, 2025 at 4:25 PM

* Mark has not withdrawn. The Zoom hearing will proceed as scheduled. You need to be on the Zoom hearing tomorrow.


Kara J. Simon

Legal Assistant to Mark J. Lazzo

Legal Assistant to Justin T. Balbierz

3500 N. Rock Road, Bldg 300, Suite B

Wichita, KS 67226

316-263-6895

316-264-4704 (fax)

kara@lazzolaw.com


[Quoted text hidden]

---

**Mark Lazzo** <mark@lazzolaw.com>
To: D E <dena.afwf@gmail.com>
Cc: Kara <kara@lazzolaw.com>

Fri, Aug 22, 2025 at 8:32 AM

Geraldine and Joe:

Responded three (3) days later!

On 8-19 your Trustee Patricia Hamilton e-mailed me stating you had left her a voicemail expressing concerns about my representation and advising that Geraldine had recently lost her dad and Joe his aunt. I then saw your 8-21 e-mail to Kara below. In light of your concerns about my continued representation, I will move to withdraw as your counsel. Your 341 meeting is scheduled for today at 9 AM. I suggest best practice would be to still appear at Zoom hearing and advise Trustee that I will be withdrawing as your counsel and request continuance of hearing to give you time to obtain new counsel.

His duty...


Mark J. Lazzo, #12790

**MARK J. LAZZO, P.A.**

3500 N. Rock Rd.

Bldg. 300, Ste. B

Wichita, Kansas 67226

Gmail

Ex. #5

D E <dena.afwf@gmail.com>

## Recall: 25-10704- Edwards-341 Meeting 9/11 at 11:30 AM

1 message

**Kamilah McKnight** <kmcknight@stevensbrand.com> Wed, Sep 10, 2025 at 10:01 AM
To: "dena.afwf@gmail.com" <dena.afwf@gmail.com>
Cc: Colleen Smalley <csmalley@stevensbrand.com>, Patricia Hamilton <phamilton@stevensbrand.com>, Jill Chappell <jchappell@stevensbrand.com>

Kamilah McKnight would like to recall the message, "25-10704- Edwards-341 Meeting 9/11 at 11:30 AM".

Exhibit #4(a)

LAZZO LAW
EST. 1986

LANDMARK OFFICE PARK
3500 N. Rock Rd.
Bldg. 300, Ste. B
Wichita, KS 67226

MARK@LAZZOLAW.COM

Exh. #4(a)
PHONE (316) 263-6895
FAX (316) 264-4704
ALSO ADMITTED IN MISSOURI

July 15, 2025

Joe N. Edwards, Jr.
Geraldine Edwards
PO Box 782011
Wichita, KS 67278

Re: *First Meeting of Creditors*

Dear Joe and Geraldine:

Enclosed is a copy of the Notice of Commencement of Case in your **Chapter 7** bankruptcy. Your Section 341 meeting of creditors is scheduled for **August 22, 2025 at 9:00 a.m.** Please note, your §341 meeting of creditors **will be a Zoom Video Meeting**. The Zoom video meeting information is:

**Zoom.us/join**
Enter Meeting ID 485 924 4371, and Passcode 1109182329

Also enclosed is a copy of the Instructions for Joining a Zoom §341 Meeting of Creditors. Thoroughly read the guideline instructions before your scheduled hearing.

**You must immediately send me a picture ID and proof of Social Security Number (driver's license and copy of social security number).** Please email this directly to kara@lazzolaw.com.

**You are required to be on the Zoom Video Meeting at the scheduled time listed above.**

**Also, as we discussed, you are required to complete a 2 hour personal financial management class.** You may go on line to www.accesscounselinginc.com now that you have your case number. **You must attend this class no later than 45 days after the date of your Section 341 hearing.**

Sincerely,

Mark J. Lazzo

MJL/kjs
Enclosures

Information to identify the case:

Ex. 4(b)

| | | | |
|---|---|---|---|
| Debtor 1: | Joe N Edwards Jr. (First Name Middle Name Last Name) | Social Security number or ITIN: | xxx–xx–6082 |
| | | EIN: | __–_______ |
| Debtor 2: (Spouse, if filing) | Geraldine Edwards (First Name Middle Name Last Name) | Social Security number or ITIN: | xxx–xx–4455 |
| | | EIN: | __–_______ |
| United States Bankruptcy Court: | District of Kansas | Date case filed for chapter: | 7 7/14/25 |
| Case number / Presiding Judge: | **25–10704 / Mitchell L. Herren** | Date Notice Issued: | **7/15/25** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

05/24

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov.

The trustee named below is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| **1. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 22, 2025 at 09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>For important document **requirements** and additional meeting information go to https://www.justice.gov/ust/moc | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 485 924 4371, and Passcode 1109182329, OR call 1–785–235–4389** | |
| | **About Debtor 1:** | **About Debtor 2:** | |
| **2. Debtor's full name** | Joe N Edwards Jr. | Geraldine Edwards | |
| **3. All other names used in the last 8 years** | | | |
| **4. Address** | PO Box 782011<br>Wichita, KS 67278 | PO Box 782011<br>Wichita, KS 67278 | |

**For more information, see page 2 >**

**5. Debtor's Attorney**
Name and address

Mark J Lazzo
Landmark Office Park
3500 N Rock Rd
Building 300
Suite B
Wichita, KS 67226

Contact phone (316) 263-6895

**6. Bankruptcy trustee**
Name and address

Patricia E Hamilton
Stevens and Brand, LLP
4848 SW 21st St, Ste 201
Topeka, KS 66604

Contact phone 785-408-8000

**7. Bankruptcy clerk's office**
Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.

167 US Courthouse
401 North Market
Wichita, KS 67202

Office Hours: 9:00 AM – 4:00 PM
Monday – Friday

Contact phone (316) 315-4110

**8. Presumption of abuse**

The presumption of abuse does not arise.

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

**9. Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**Filing deadline: 10/21/25**

**You must file a complaint:**

- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**

- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

**Deadline to object to intended abandonment:**

**Filing deadline:** 75 days after the conclusion of the meeting of creditors unless otherwise ordered.

**10. Proof of claim**
Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**12. Abandonment of property of the estate**

Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. If a creditor or party in interest timely objects to the abandonment of any property, the Court will schedule a hearing regarding the property that is the subject of the objection.

**13. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

Gmail ( Time Frame - Aug. 19th; Exhibit #5

Request telephone records prior) to Sept. 17th almost a month later.

D E <dena.afwf@gmail.com>

## 25-10704 Response Ch 7 Joe N Edwards, Jr. and Geraldine Edwards re Motion to Withdraw as Counsel

5 messages

**Patricia Hamilton** <phamilton@stevensbrand.com>
To: "dena.afwf@gmail.com" <dena.afwf@gmail.com>
Cc: Mark Lazzo <mark@lazzolaw.com>, Kamilah McKnight <kmcknight@stevensbrand.com>, "Sickman, Jordan (USTP)" <jordan.sickman@usdoj.gov>

Wed, Sep 17, 2025 at 4:15 PM

Mrs. Edwards,

I reviewed your Response to Mr. Lazzo's Motion to Withdraw as your counsel in the case. It appear that you and Mr. Edwards agree that Mr. Lazzo should be allowed to withdraw as your counsel. If so, then we could accomplish this with an agreed order prepared by Mr. Lazzo's office, and approved and signed by you and Mr. Edwards. The proposed order with all signatures would then be submitted to the Bankruptcy Court for approval.

An agreed order would eliminate the need for the hearing current set for October 9, 2025, at 9:00 AM. Please reply to all as to how you would like to proceed. Thanks,

Patricia Hamilton

Trustee

Patricia E. Hamilton

Best Lawyers
Lawyer of the Year
2025

Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law
Topeka, Kansas

**Patricia E. Hamilton**
phamilton@stevensbrand.com
**STEVENS & BRAND, L.L.P.**
Attorneys at Law
4848 SW 21st Street, Suite 201
Topeka, KS 66604
Mobile (785) 550-5817
Direct (785) 581-0702
Main: (785) 408-8000
Fax: (785) 408-8003
www.stevensbrand.com

CONFIDENTIALITY NOTICE: This message is covered by the Electronic Communications Privacy Act, Title 18, United States Code, §§ 2510-2521. This E-mail, along with any documents, files, or attachments, are copyrighted and are proprietary products of Stevens & Brand L.L.P., and may contain information that is confidential, privileged, subject to the restrictions of the Gramm-Leach-Bliley Act, or otherwise protected from disclosure. Any unauthorized use, reproduction, or transfer of this message or attachments, in any medium, is strictly prohibited. If you are not the intended recipient, you are hereby notified that any disclosure, copying, printing, reading, distribution or use of any information contained in or attached to this E-mail is STRICTLY PROHIBITED. If you received this E-mail in error, please immediately notify the Firm by E-mail and telephone ((785) 843-0811), and destroy the original E-mail and its attachments, without reading, printing, or saving it in any manner. Your cooperation is appreciated. There is no intent on the part of the sender to waive any evidentiary or other common law privilege (including the attorney-client privilege) that may attach to this communication. Thank you.

PLEASE NOTE: The lawyer regulators in Kansas and Missouri require all lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

Ex. #6

Gmail

D E <dena.afwf@gmail.com>

## Edwards - Case No. 25-10704 - Response to Motion

3 messages

**D E** <dena.afwf@gmail.com>
To: kara@lazzolaw.com

Wed, Sep 17, 2025 at 1:04 PM

Kara,

Here is a copy of Joe N. Edwards Jr. & Geraldine Edwards, Debtors, response.

Thank you.

Geraldine

**Response to Laz Updated September 16.pdf**
111K

**Kara** <kara@lazzolaw.com>
To: D E <dena.afwf@gmail.com>

Wed, Sep 17, 2025 at 1:11 PM

We submitted the Order withdrawing today with the Court as no objections/responses were filed by the objection deadline which expired 9/16/25.


Kara J. Simon

Legal Assistant to Mark J. Lazzo

Legal Assistant to Justin T. Balbierz

3500 N. Rock Road, Bldg 300, Suite B

Wichita, KS 67226

316-263-6895

316-264-4704 (fax)

kara@lazzolaw.com


[Quoted text hidden]

**D E** <dena.afwf@gmail.com>
To: Kara <kara@lazzolaw.com>

Wed, Sep 17, 2025 at 2:18 PM

Yes, and we filed it on the 16th, with validation from bankruptcy court it would be okay.
[Quoted text hidden]

**From:** cmecf@ksb.uscourts.gov <cmecf@ksb.uscourts.gov>
**Sent:** Wednesday, September 17, 2025 2:19 PM
**To:** Courtmail@ksb.uscourts.gov <Courtmail@ksb.uscourts.gov>
**Subject:** 25-10704 Response Ch 7 Joe N Edwards, Jr. and Geraldine Edwards

Ex. #4(a)

| |
|---|
| CAUTION: This email originated from outside of the organization. Be careful with links and attachments. |

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Kansas**

Notice of Electronic Filing

The following transaction was received from waa entered on 9/17/2025 at 2:19 PM CDT and filed on 9/16/2025
**Case Name:** Joe N Edwards, Jr. and Geraldine Edwards
**Case Number:** 25-10704
**Document Number:** 23

**Docket Text:**
Response to *(related document(s): [17] Motion to Withdraw as Attorney filed by Mark J Lazzo filed by Debtor Joe N Edwards, Joint Debtor Geraldine Edwards)* Filed by Joint Debtor Geraldine Edwards , Debtor Joe N Edwards Jr. (waa)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**4210_001.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1032355009 [Date=9/17/2025] [FileNumber=32553707-0] [438e50a4a99df92ea2bd5aa72185e2bf242fe381a71d00a0b8ac18eabeec55d76a8bb14bdda33b126dc2c73d67e7bc60213a455da6ad944d8039e6ca258fa401]]

**25-10704 Notice will be electronically mailed to:**

Patricia E Hamilton
phamilton@stevensbrand.com, ks12@ecfcbis.com

Mark J Lazzo on behalf of Debtor Joe N Edwards, Jr.
mark@lazzolaw.com, elizabeth@lazzolaw.com;kara@lazzolaw.com;lazzo.markj.b125910@notify.bestcase.com

Mark J Lazzo on behalf of Joint Debtor Geraldine Edwards
mark@lazzolaw.com, elizabeth@lazzolaw.com;kara@lazzolaw.com;lazzo.markj.b125910@notify.bestcase.com

Jordan M Sickman on behalf of U.S. Trustee U.S. Trustee
jordan.sickman@usdoj.gov

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

**25-10704 Notice will not be electronically mailed to:**

2

**D E** <dena.afwf@gmail.com> Wed, Sep 17, 2025 at 7:25 PM
To: Patricia Hamilton <phamilton@stevensbrand.com>

Ex. #7

Hello Trustee Hamilton,

I want to start by giving you our apologies for missing a hearing. We've had our plates full. Yes. We are in agreement with the order. We'll begin the process of seeking new counsel immediately.

Respectfully,

Joe N. & Geraldine Edwards - Debtors
[Quoted text hidden]

---

**Mark Lazzo** <mark@lazzolaw.com> Thu, Sep 18, 2025 at 8:22 AM
To: "dena.afwf@gmail.com" <dena.afwf@gmail.com>
Cc: Kamilah McKnight <kmcknight@stevensbrand.com>, "Sickman, Jordan (USTP)" <jordan.sickman@usdoj.gov>, Kara <kara@lazzolaw.com>, Patricia Hamilton <phamilton@stevensbrand.com>

Geraldine and Joe:

Attached is a proposed Agreed Order granting my Motion to Withdraw.

Please advise if I may show your approval to the Order and can upload same with the Court.

Thanks.

Mark J. Lazzo, #12790

**MARK J. LAZZO, P.A.**

3500 N. Rock Rd.

Bldg. 300, Ste. B

Wichita, Kansas 67226

T: (316) 263-6895 | F: (316) 264-4704

mark@lazzolaw.com

LAZZO LAW
EST 1986

3

***CONFIDENTIALITY NOTICE***: *This e-mail transmission, including any attachments and/or prior communications, may contain information that is confidential and/or legally privileged. If you are not the intended recipient, disclosing, replicating, distributing or using any of the information contained herein is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete from your records both the transmission and its attachments, if any.*

[Quoted text hidden]

Ex. #8

Time Frame vs. Actions

**2 attachments**

LAZZO LAW
EST. 1986

**image001.jpg**
22K

**Agreed Order on Motion to Withdraw as Debtors' Counsel.doc**
36K

---

**D E** <dena.afwf@gmail.com> Thu, Sep 18, 2025 at 9:24 AM
To: Mark Lazzo <mark@lazzolaw.com>

Mr. Lazzo, yes.

Thank you
[Quoted text hidden]

---

**Patricia Hamilton** <phamilton@stevensbrand.com> X Thu, Sep 18, 2025 at 10:38 AM
To: D E <dena.afwf@gmail.com>
Cc: Mark Lazzo <mark@lazzolaw.com>, Kamilah McKnight <kmcknight@stevensbrand.com>, "Sickman, Jordan (USTP)" <jordan.sickman@usdoj.gov>

Thanks for your message. Mark sent a proposed order this morning. If it meets with your approval, we will watch for that to be signed and returned to Mark so that he may submit it to the Bankruptcy Judge. Thanks,

Patricia Hamilton

Trustee

[Quoted text hidden]

Ex. #9

**SO ORDERED.**

**SIGNED this 17th day of December, 2025.**

United States Bankruptcy Court ★ for the District of Kansas ★

Mitchell L. Herren
United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

**IN RE:**

| | | |
|---|---|---|
| **JOE N EDWARDS &** | ) | **Case No. 25-10704- MLH** |
| **GERALDINE EDWARDS,** | ) | |
| **Debtors.** | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPEL**

NOW COMES on the Motion of Patricia E. Hamilton, Chapter 7 Trustee, to Compel (the "Motion"). The Trustee filed her Motion to Compel on November 17, 2025. The time to object to the Trustee's Motion has passed and there have been no objections filed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtors are required to provide the Trustee with a the following documents within 7 days of entry of this Order:

a. Complete bank statements for all accounts covering the period January 1, 2025, through the October 31, 2025;
b. The Vehicle Identification Number (VIN) for the 2019 Nissan Altima surrendered prior to the Filing Date;
c. A copy of the most recent account statement for Mr. Edwards' 401(k) account
d. A copy of any documentation regarding inheritance that either Debtor is entitled to receive on the Filing Date or at any time since the Filing Date.

IT IS SO ORDERED.

####

Prepared and submitted by:
*/s/ Patricia E. Hamilton*
Patricia E. Hamilton, #13263
4848 SW 21st St, Ste 201
Topeka, KS 66604
(785) 408-8000
phamilton@stevensbrand.com
Counsel for the Chapter 7 Trustee

Notice of Undeliverable Mail to Debtor

December 19, 2025

From: United States Bankruptcy Court, District of Kansas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Joe N Edwards, Jr., Case Number 25-10704, MLH

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Wichita Headquarter Office**
**167 US Courthouse**
**401 North Market**
**Wichita, KS 67202**

---

Undeliverable Address:
Mark J Lazzo
Landmark Office Park
3500 N Rock Rd
Building 300
Suite B
Wichita, KS 67226

Role type/cr id: aty
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 8133 E MULBERRY ST, WICHITA KS 67226-3388 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

---

Signature of Debtor or Debtor's Attorney

Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

FRI-85204 1083-6 pdf020ps 25-10704
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

002960 2960 1 AB 0.636 67278 5 4 10618-1-2960

Joe N Edwards, Jr.
Geraldine Edwards
PO Box 782011
Wichita, KS 67278-2011

002960



002960 85204002962039