Exhibit ___
Case # 25-10704
Geraldine Edwards, debtor/pro se

Document #: 2025-066264
Date Recorded: 12/31/2025 11:08:17 AM
Pages: 1 Recording Fee: 20.00
Sedgwick County Kansas
Tonya Buckingham,
Register of Deeds
Electronically Submitted Document

FILED
AT WICHITA, KS
JAN 14 2026
CLERK
U.S. Court of Bankruptcy
By________________ Deputy

## CORPORATE ASSIGNMENT OF MORTGAGE

**Sedgwick, Kansas**
**M&T Bank#: 0108320912, "MORTON," S68**

**MIN #:100853701049857849 MERS Corporate Phone Number: 1-888-679-6377**

Date of Assignment: December 31st, 2025
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LOANDEPOT.COM, LLC, ITS SUCCESSORS AND ASSIGNS at PO BOX 2026, FLINT, MI 48501-2026
Assignee: LAKEVIEW LOAN SERVICING, LLC at 4425 PONCE DE LEON BLVD., CORAL GABLES, FL 33146

Executed By: JEROME B. MORTON, INDIVIDUALLY, AND AS SURVIVING JOINT TENANTS OF CHARLENE MORTON, DECEASED To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LOANDEPOT.COM, LLC, ITS SUCCESSORS AND ASSIGNS
Dated: 06-01-2022 Recorded: 06-07-2022 as Instrument No. 30168823, Book/Reel/Liber N/A, Page/Folio N/A In the County of Sedgwick, State of Kansas.

Property Address: 9551 E MOUNT VERNON CT, WICHITA, KS 67207

Legal: THE FOLLOWING DESCRIBED REAL ESTATE IN SEDGWICK COUNTY, STATE OF KANSAS:

LOT 2, BLOCK 1, HEDGECLIFF 3RD ADDITION, WICHITA, SEDGWICK COUNTY, KANSAS.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $221,400.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LOANDEPOT.COM, LLC, ITS SUCCESSORS AND ASSIGNS
On December 31st, 2025

By: Tammy M. Hamilton
Tammy M. Hamilton, Vice President

STATE OF New York
COUNTY OF Erie

On the 31st day of December in the year 2025 before me, the undersigned, personally appeared Tammy M. Hamilton, Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LOANDEPOT.COM, LLC, ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

WITNESS my hand and official seal,

Derek M Dagustine
Derek M Dagustine
Notary Public State of New York
Notary Expires: 12/13/2029 #01DA6426500
Qualified in Erie County

**DERek M DAGUSTINE**
**NOTARY PUBLIC STATE OF NEW YORK**
**ERIE COUNTY**
**LIC. #01DA6426500**
**COMM. EXP. 12/13/2029**

Recording Requested By: M&T Bank
When Recorded Return To: Derek M Dagustine, M&T Bank, PO BOX 1596, 7th Floor, Buffalo, NY 14240

*12/31/2025 11:15:43 AM*-305992*-306164*473*KSSEDGW_MORT_ASSIGN_ASSN