UNITED STATES BANKRUPTCY COURT - DISTRICT OF KANSAS
401 North Main
Wichita, Kansas 67202

| | | | |
|---|---|---|---|
| RE: | Joe N. Edwards Jr., Debtor | ) | |
| | Geraldine Edwards, Debtor | ) | |
| | | ) | |
| | | ) | Case No. 25-10704 |
| | | ) | ***Bankruptcy Court*** ***Chapter 7*** |
| | ______________________________ | ) | |

**MOTION FOR TRUSTEE TO RELEASE DEBTORS' VOLUNTARY BANKRUPTCY DOCUMENTATION & INFORMATION**

*COME NOW*, Joe N. Edwards Jr, & Geraldine Edwards, "Debtors", known herein, moves the court for an Order, authorizing the trustee to provide her & "former attorney' Mark Lazzo's, the debtors' "Petition" filed with the court, request, documentation,schedules, determination for Chapter 7 qualifications & information, debtors' signed documents with signatures, to include all audio & digital, dates for hearings, debtors' request, discovery, trustee's findings regarding property in question & related documentation, date of calls & documentation to debtors' "Probate" attorney, pleadings, mail certifications, cause for hiring attorney, all information directly and indirectly related to the "Debtors" voluntary bankruptcy case, that shows proper procedures where carried out and to show "just cause" for trustee's actions. As well as the debtors' cause for their actions. Under U.S. Bankruptcy Courts Rules & 11 U.S.C. 522(b)

An attorney signing any bankruptcy petition, schedules, or motions and filing with the court is stating to that court and their client that they have performed their duty to do a reasonable investigation into the circumstances of their client's situation. With a legal "duty to care" as a

fiduciary, once made aware of the "Debtors" concerns for errors within their "petition" and that it may be itself flawed, for example, trustee is asking for information which the debtors provided to the attorney & while her request was still be made, he was our attorney, yet she proceed to move on the "debtors' with the accusation and information, could be seen as continuing in "bad faith" and failure to report or sanction the attorney. To this day money was returned.

And the request by the debtors' for their voluntary bankruptcy to be "dismissed" fell on deaf ears by the actions of the attorney & trustee of their case. Rather, the trustee proceeded with the 341 hearing & should have granted the debtors' request immediately to prevent future harm, allowing them to refile with qualified legal counsel, under "special circumstances" that arose unexpectedly that would have provided no answers for the debtors' to accurately provide in the 341 hearing. The debtors provided all requested documents by the attorney, obviously, because the "trustee" would have had to review the debtors' petition for the 341 hearing. However, due to the rush and lack of quality of counsel, there were creditors misappropriately listed.

Filing an accurate petition and to ensure the right chapter (7 or 13) letting the debtors' file at a later time with an accurate petition shows "fairness" to all parties.

Although accused of "abusing" the bankruptcy system was "unfair & a unjust" statement, the Debtors bankruptcy was filed for a "valid purpose". And it could be denied due to misrepresentation of facts, taking an "Oath" to the accuracy of information could create irreversible harm and would mean the "Attorney & Trustee's" duty to care as attorneys' and an employee of the Court - aim is respectfully in question (The Bankruptcy Code & Case Law for "bad faith" filings).

THEREFORE, the Debtors' pray to our God & this court grant our motion to ensure the Debtors rights to file an accurate "Petition" has not been violated & to ensure respectfully, that the facts & statements within the petitions, motions, pleadings, & certificate of mailing filed with this court as well as the procedures carried out by the trustee were accurately carried out in the best interest of all parties to this case. And so as to address the concerns of whether qualified counsel was warranted & to allow the new counsel to address the accuracy of our petition, as well as the matters in other courts that will impact matters in this court as to what is "true" assets. As to not give the appearance of punishing the debtors for filing bankruptcy and forcing them to file without proper counsel and to knowingly coerce the debtors' into making false statements under oath to possibly be used against them at a later time.

Respectfully,

//Joe N. Edwards Jr//
Joe N. Edwards Jr., Debtor

Date

Geraldine Edwards

Date

**Joe N. Edwards, Jr., Debtor**
**Geraldine Edwards, Debtor**
**PO Box 782011**
**Wichita, Kansas 67278**
**Telephone: (316) 312-5849**

Exhibit ___

Case # 25-10704

Geraldine Edwards, debtor/pro se

Document #: 2025-066264
Date Recorded: 12/31/2025 11:08:17 AM
Pages: 1 Recording Fee: 20.00
Sedgwick County Kansas
Tonya Buckingham,
Register of Deeds
Electronically Submitted Document

FILED
AT WICHITA, KS

JAN 14 2026

CLERK
U.S. Court of Bankruptcy
By ______ Deputy

## CORPORATE ASSIGNMENT OF MORTGAGE

**Sedgwick, Kansas**
**M&T Bank#: 0108320912, "MORTON," S68**

**MIN #:100853701049857849 MERS Corporate Phone Number: 1-888-679-6377**

Date of Assignment: December 31st, 2025
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LOANDEPOT.COM, LLC, ITS SUCCESSORS AND ASSIGNS at PO BOX 2026, FLINT, MI 48501-2026
Assignee: LAKEVIEW LOAN SERVICING, LLC at 4425 PONCE DE LEON BLVD., CORAL GABLES, FL 33146

Executed By: JEROME B. MORTON, INDIVIDUALLY, AND AS SURVIVING JOINT TENANTS OF CHARLENE MORTON, DECEASED To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LOANDEPOT.COM, LLC, ITS SUCCESSORS AND ASSIGNS
Dated: 06-01-2022 Recorded: 06-07-2022 as Instrument No. 30168823, Book/Reel/Liber N/A, Page/Folio N/A In the County of Sedgwick, State of Kansas.

Property Address: 9551 E MOUNT VERNON CT, WICHITA, KS 67207

Legal: THE FOLLOWING DESCRIBED REAL ESTATE IN SEDGWICK COUNTY, STATE OF KANSAS:

LOT 2, BLOCK 1, HEDGECLIFF 3RD ADDITION, WICHITA, SEDGWICK COUNTY, KANSAS.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $221,400.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LOANDEPOT.COM, LLC, ITS SUCCESSORS AND ASSIGNS
On December 31st, 2025

By: *Tammy M. Hamilton*
Tammy M. Hamilton, Vice President

STATE OF New York
COUNTY OF Erie

On the 31st day of December in the year 2025 before me, the undersigned, personally appeared Tammy M. Hamilton, Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LOANDEPOT.COM, LLC, ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Derek M Dagustine*
Derek M Dagustine
Notary Public State of New York
Notary Expires: 12/13/2029 #01DA6426500
Qualified in Erie County

**DEREK M DAGUSTINE**
**NOTARY PUBLIC STATE OF NEW YORK**
**ERIE COUNTY**
**LIC. #01DA6426500**
**COMM. EXP. 12/13/2029**

Recording Requested By: M&T Bank
When Recorded Return To: Derek M Dagustine, M&T Bank, PO BOX 1596, 7th Floor, Buffalo, NY 14240

*12/31/2025 11:15:43 AM*-305992*-306164*473*KSSEDGW_MORT_ASSIGN_ASSN

## CERTIFICATE OF SERVICE

I certify that on 15th day of Jan., 2026, a copy of this motion was sent to the following by U.S. Certified Mail:

Patricia E. Hamilton, Case Trustee
4848 SW 21st Street, Ste. 201
Topeka, Kansas 66604
Telephone: (785) 408-8000
Chapter 7 Trustee

01/15/2026
Date

Geraldine Edwards
Geraldine Edwards, Debtor